DOCKET No. 25MJ1928                          DEFENDANT Joseph Mori

AUSA Jorja Knauer                            DEF.'S COUNSEL Jane White
☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☑ Rule 5(c)(3)   ☐ Detention Hrg.     DATE OF ARREST 6/11/25     ☐ VOL. SURR.
                                                              TIME OF ARREST _____    ☐ ON WRIT
☐ Other: _____                       TIME OF PRESENTMENT 2:30pm

---

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE          ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 75000 _____ PRB   ☑ 2 _____ FRP
☑ SECURED BY $ 75000 _____ CASH/PROPERTY: Any combination _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ and travel to and from DUT for court appearances and atty visits
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant was advised of his rights and the charges against him. Public reading of the indictment waived. Jane White was appointed to represent the defendant for today's appearance only. Defendant pleads not guilty. Defendant released on agreed-upon conditions of bail. See Appearance Bond.
(Courtflow: 25 minutes)

---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED                          ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED               ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: _____     ☑ ON DEFENDANT'S CONSENT

DATE: 6/11/25                                  Judith C. McCarthy
                                               _____
                                               **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016